**Electronically Filed
Supreme Court
SCWC-22-0000323
06-SEP-2022
03:12 PM
Dkt. 5 ODAC**

SCWC-22-0000323

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
AS TRUSTEE, (CWABS 2006-ABC1),
Respondent/Plaintiff-Appellee,

vs.

DALE ALLEN WARD; MELANIE RENEE WARD,
Petitioners/Defendants-Appellants,

and

UNITED STATES OF AMERICA; DEPARTMENT OF TAXATION, STATE OF
HAWAI'I; SUSAN JILL HOOVER; ISLAND PROPERTY INVESTMENTS;
DESCHUTES RIVER PROPERTIES; PIILANI HOMEOWNERS ASSOCIATION;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS
NOMINEE FOR ENCORE CREDIT CORP., A CALIFORNIA CORPORATION,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000323; Civil No. 2CC161000209(3))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioners/Defendants-Appellants Dale Allen Ward and Melanie Renee Ward's Application for Writ of Certiorari, filed on August 1, 2022, is hereby rejected.

DATED: Honolulu, Hawai'i, September 6, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd. W. Eddins

